**Form 724**[ODSM 45 Day−12/05]

UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

In re:                                                    Case No. 09−27740 WTT
    Mark Paul Wood                                 Chapter 13
           Debtor(s).

ORDER OF DISMISSAL

    Pursuant to 11 U.S.C. 521(i), it is hereby ORDERED that the above−named case has been DISMISSED for failure to comply with 11 U.S.C. 521(a)(1).

Dated and Entered on: September 15, 2009

*William J. Thurman*
United States Bankruptcy Judge

# CERTIFICATE OF NOTICE

```
District/off: 1088-2           User: djf                    Page 1 of 1                   Date Rcvd: Sep 15, 2009
Case: 09-27740                 Form ID: f724                Total Noticed: 40

The following entities were noticed by first class mail on Sep 17, 2009.
db           +Mark Paul Wood,   95 South 1200 East,    Lindon, UT 84042-2193
6553666      +Axis Capital,   P.O. Box 2555,    Grand Island, NE 68802-2555
6553692      +Carla Meine,   176 Dry Canyon Dr.,    Lindon, UT 84042-2226
6553685      +Center Stage,   575 N. 1200 W.,    Orem, UT 84057-3520
6553675       Central Utah Clinic,   P.O. Box 30079,    Salt Lake City, UT 84130-0079
6553673      +Collection Service Bureau of Utah,    P.O. Box 1270,   Ogden, UT 84402-1270
6553672      +Constable s Office,    47 E. 7200 S., Suite 221,    Midvale, UT 84047-5508
6553693      +David Collette,   5635 S. 9th E.,    Idaho Falls, ID 83404-7787
6553679       David Erekson,   186 S. 1100 E.,    American Fork, UT 84003-2817
6553680      +Dynatronics,   7030 Park Centre Dr.,    Salt Lake City, UT 84121-6618
6553668      +Express Recovery,   P.O. Box 26415,    Salt Lake City, UT 84126-0415
6553665      +GE Capital,    One Beacon St., 2nd Floor,    Boston, MA 02108-3106
6553664       Homeq Servicing,   P.O. Box 79230,    City of Industry, CA 91716-9230
6553681       Illinois Tollway,   P.O. Box 5201,    Lisle, IL 60532-5201
6553671      +Infinite Solutions,    556 E. 600 S.,    St. George, UT 84770-3741
6553669      +Innovative Merchants,    21215 Burbank Blvd., Suite 100,    Woodland Hills, CA 91367-6607
6553687       Intermountain Health Care,    P.O. Box 27808,   Salt Lake City UT 84127-0808
6553694      +John Strobel,   615 Castlerock Lane,    Idaho Falls, ID 83404-7945
6553699       LCA Collections,   P.O. Box 2240,    Burlington, NC 27216-2240
6553698      +Larry Gibson,   6094 W. 10760 N.,    American Fork, UT 84003-3487
6553690      +Linda Cook,   585 Davidson Dr.,    Idaho Falls, ID 83401-3303
6553691      +Matt Wood,   3080 N.E. Sunburst Ave.,    Hillsboro, OR 97124-1684
6553688      +Mountain Land Collections,    P.O. Box 1280,    American Fork, UT 84003-6280
6553678      +New World Media,    6245 W. Howard St.,    Niles, UT 60714-3438
6553677      +Parr Brown Gee & Loveless,    P.O. Box 11019,    Salt Lake City, UT 84147-0019
6553696      +Peter Nebeker,    973 E. 1370 N.,    American Fork, UT 84003-8858
6553686      +Progressive Financial Services,    1919 W. Fairmont, Suite 8,    Tempe, AZ 85282-3194
6626141      +Quinn M Kofford,    43 North 470 West,    American Fork, UT 84003-2267
6553697       Raelyn Robinson,    2691 W. Rim Rock Dr.,    Stockton, UT 84071
6553689      +Ralph & Margaret Wood,    3559 Stonegate Dr.,    Idaho Falls, ID 83406-7531
6553670      +Robinson, Seller & Anderson,    2500 N. University Ave.,    Provo, UT 84604-3864
6553682      +Salt Lake City Corporation,    333 S. 200 E.,    Salt Lake City, UT 84111-2801
6553701      +State of Utah,    Department of Corrections,    14717 S. Minuteman Dr.,    Draper, UT 84020-9549
6553674      +Utah Valley Magazine,    424 W. 800 N., Suite 201,    Orem, UT 84057-3728
6553667      +Utah Valley Pediatrics,    1355 N. University Ave., Suite 210,    Provo, UT 84604-2721
6553683      +West Asset Management,    Dept. 11576 P.O. Box 1259,    Oaks, PA 19456-1259
6553695      +Wills Pitt Stop,    36 W. 3700 N.,    Provo, UT 84604-4959

The following entities were noticed by electronic transmission on Sep 15, 2009.
tr           +E-mail/Text: elarsen@ch13kra.com                           Kevin R. Anderson tr,
               405 South Main Street,    Suite 600,    Salt Lake City, UT 84111-3408
6553676       EDI: CCS.COM Sep 15 2009 20:23:00      Credit Collection Services,    P.O. Box 55126,
               Boston, MA 02205-5126
6553684       EDI: AISTMBL.COM Sep 15 2009 20:23:00      T-Mobile,    P.O. Box 51843,
               Los Angeles, CA 90051-6143
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
6553700       Selleca & Devon Cummins,    485 E. 500 S.,    RETURNED MAIL--99999
                                                                                              TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 17, 2009**            **Signature:** *Joseph Speetjens*